UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00064-IM |
| v. | **INFORMATION** |
| **JOSEPH ROBERT PURDY,** | 18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i) |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Access Device Fraud)**
**(18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i))**

On or about May 21, 2022, through about June 17, 2022, in the District of Oregon, defendant **JOSEPH ROBERT PURDY**, knowingly and with intent to defraud, possessed fifteen or more unauthorized access devices as defined under Title 18, United States Code, Section 1029(e)(3), namely, email addresses and associated information of clients of Company A, with said possession affecting interstate and foreign commerce, in that defendant distributed the unauthorized access devices in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1029(a)(3) and (c)(1)(A)(i).

Dated: March 6, 2023    Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Craig J. Gabriel*
CRAIG J. GABRIEL, OSB #012571
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorneys