NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**QUINN P. HARRINGTON, OSB #083544**
Assistant United States Attorney
Quinn.Harrington@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00064-IM |
| v. | **GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM** |
| **JOSEPH ROBERT PURDY,** | |
| Defendant. | |

## Introduction

After filing the government's sentencing memorandum, Insurance Victim 1 requested an additional $25,000 in restitution. Therefore, the government requests a restitution judgment in the amount of $98,136.51.

/ / /

/ / /

/ / /

/ / /

It is still the government's understanding that Company Victim 1 will reach a resolution with Mr. Purdy as to restitution. On all other issues, the government relies on its previously filed sentencing memorandum.

Dated: September 8, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney